# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3347
_____

TIMOTHY A. PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Jr., Judge.

May 6, 2026

PER CURIAM.

DISMISSED as moot. *See Toomer v. State*, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005) ("Where one is . . . seeking jail credit against [a] sentence, and he completes the sentence during the pendency of the appeal, the appeal may be dismissed as moot.").

OSTERHAUS, C.J., and NORDBY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy A. Parker, pro se, Appellant.

James Uthmeier, Attorney General, and Michael Layton Schaub, Assistant Attorney General, Tallahassee, for Appellee.